# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2015

Rehearing No. 606

149984(67)(69)

CARNICE HODGE,
   Claimant-Appellee,

v

U.S. SECURITY ASSOCIATES, INC.,
   Respondent-Appellee,
and

DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
   Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149984
COA: 311387
Wayne CC: 12-001500-AE

   On order of the Court, the motion of the Legal Services Association of Michigan to file a brief amicus curiae in support of the motion for rehearing is GRANTED. The amicus brief submitted on March 13, 2015, is accepted for filing. On further order of the Court, the motion for rehearing is considered, and it is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     March 20, 2015
_____